appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of Columbus Southern Power Company and Ohio Power Company for leave to intervene as appellees, and appellant's motion to consolidate this case with 2010–0730, *In re Fuel Adjustment Clauses for Columbus S. Power Co.*, Pub. Util. Comm. No. 09–872–EL–FAC,

It is ordered by the court that the motions are granted.

It is ordered by the court that further briefing in case Nos. 2010–0729 and 2010–0730 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. 6.2–6.4 and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. 6.1–6.4.

**2010–0730. In re Fuel Adjustment Clauses for Columbus S. Power Co.**
Public Utilities Commission, No. 09–872–EL–FAC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of Columbus Southern Power Company and Ohio Power Company for leave to intervene as appellees, and appellant's motion to consolidate this case with 2010–0729, *In re Application of Columbus S. Power Co.*, Pub. Util. Comm. No. 09–1906–EL–ATA,

It is ordered by the court that the motions are granted.

It is ordered by the court that further briefing in case Nos. 2010–0729 and 2010–0730 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. 6.2–6.4 and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. 6.1–6.4.

**2010–1045. State ex rel. Scanlon v. Pepple.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion for stay of the time for filing of a response,

It is ordered by the court that the motion is granted and the time for filing a response is stayed until further order of the court.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–1141. State ex rel. YRC, Inc. v. Hood.**
Franklin App. No. 09AP–529, 2010-Ohio-2190.

**2010–1150. State ex rel. Tempesta v. Warren.**
In Mandamus.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0439. State ex rel. Aaron Rents, Inc. v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 09AP–232, 2010-Ohio-218.